| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | David Lee Martin<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8658 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Rhonda Cherie Martin<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8638 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7    7/8/22 |
| Case number: | 22–10434–tmd | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Lee Martin | Rhonda Cherie Martin |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 333 Dominion Dr. #734<br>Katy, TX 77450 | P.O. Box 982<br>Burnet, TX 78611 |
| 4. | **Debtor's attorney**<br>Name and address | H. Bryan Hicks<br>901 2nd St.<br>Marble Falls, TX 78654 | Contact phone (830) 693–2165<br>Email: bryan@bryanhickslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212 | Contact phone (210) 738–3001<br>Email: rosherow@hotmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1

Debtor **David Lee Martin** and **Rhonda Cherie Martin**     Case number **22–10434–tmd**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322 <br> AUSTIN, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone (512) 916–5237 <br><br> Date: 7/8/22 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 12, 2022 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Phone: (877)937–4915; Code#:7491951** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/11/22** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 22-10434-tmd |
| David Lee Martin | Chapter 7 |
| Rhonda Cherie Martin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2022 | Form ID: 309A | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Martin, 333 Dominion Dr. #734, Katy, TX 77450-2059 |
| db | + | Rhonda Cherie Martin, P.O. Box 982, Burnet, TX 78611-0982 |
| 18341309 | + | American Express, 115 W. Towne Ridge, Sandy, UT 84070-5511 |
| 18341311 | + | Collection Resources, Inc, Attn: Bankruptcy Dept, 650 E. Montana , Ste. J, Las Cruces, NM 88001-4294 |
| 18341317 | + | Higher Education Servicing Corporation, 4381 West Green Oaks Boulevard Suite 200, Arlington, TX 76016-4477 |
| 18341328 | | Seventh Avenue, Attn: Bankruptcy Dept 1112 7th Ave, Monroe, WI 53566 |
| 18341330 | + | Texas A&M University Central Texas, 1001 Leadership Pl., Killeen, TX 76549-5901 |
| 18341332 | + | US Bank, c/o Robertson Anschutz Vetters, LLC, 10850 Richmond Avenue 350, Houston, TX 77042-3806 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bryan@bryanhickslaw.com | Jul 08 2022 22:00:00 | H. Bryan Hicks, 901 2nd St., Marble Falls, TX 78654 |
| tr | + | EDI: QRNOSHEROW.COM | Jul 09 2022 02:03:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 08 2022 22:01:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18341308 | ^ | MEBN | Jul 08 2022 21:57:07 | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, PO Box 65018, Baltimore, MD 21264-5018 |
| 18341310 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 08 2022 21:57:39 | CC Holdings/CardMember Services, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 18341312 | | Email/PDF: bncnotices@becket-lee.com | Jul 08 2022 21:57:40 | Conn's HomePlus, Attn: Bankruptcy, Po Box 2358, Beaumont, TX 77704-2358 |
| 18341313 | | EDI: CBS7AVE | Jul 09 2022 02:03:00 | Country Door/Swiss Colony, Attn:Bankruptcy 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 18341314 | + | EDI: CBSAMERIMARK | Jul 09 2022 02:03:00 | Dr Leonard's/Carol Wright Gifts, PO Box 7823, Edison, NJ 08818-7823 |
| 18341315 | | EDI: AMINFOFP.COM | Jul 09 2022 02:03:00 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 18341316 | + | EDI: CBS7AVE | Jul 09 2022 02:03:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 18341318 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2022 22:01:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

22-10434-smr Doc#6 Filed 07/10/22 Entered 07/10/22 23:19:40 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: 309A | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 18341319 | | EDI: CBS7AVE | Jul 09 2022 02:03:00 | Midnight Velvet, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |
| 18341320 | | EDI: CBS7AVE | Jul 09 2022 02:03:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 18341322 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 08 2022 22:00:00 | National Credit Systems, Inc., Attn: Bankruptcy, PO Box 312125, Atlanta, GA 31131 |
| 18341324 | ^ | MEBN | Jul 08 2022 21:56:56 | NCB Management Services, Attn: Bankruptcy 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 18341321 | + | Email/Text: bankruptcy@ncaks.com | Jul 08 2022 22:00:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 18341323 | + | EDI: NAVIENTFKASMSERV.COM | Jul 09 2022 02:03:00 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes- Barr, PA 18773-9500 |
| 18341325 | | EDI: PRA.COM | Jul 09 2022 02:03:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy 120 Corporate Boulevard, Norfolk, VA 23502 |
| 18341326 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2022 21:57:44 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 18341327 | + | EDI: CBS7AVE | Jul 09 2022 02:03:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 18341329 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 08 2022 22:01:00 | Shellpoint Mortgage Se, 55 Beattie Place, Greenville, SC 29601-2165 |
| 18341331 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 08 2022 22:01:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2022  Signature:  /s/Gustava Winters